UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY HRDLICKA, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>AIG, a Delaware corporation, and GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation,<br><br>  Defendants. | Civil Action No. C 09-04055 SI<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>No Hearing Required |

IT IS HERE BY ORDERED THAT:

1. The Case Management Conference in this case shall be continued from December 18, 2009 and held on __3/19/10__, 2010 at 2:30 p.m.

2. The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan; file the ADR Certificate; file either a Stipulation to ADR process or Notice of Need for ADR Phone Conference shall be 21 days prior to the rescheduled Case Management Conference.

3. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be 7 days prior to the rescheduled Case Management Conference.

DATED: December ___, 2009          _____
                                    SUSAN ILLSTON
                                    United States District Judge

133666.00601/95005035v.1