*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAY HRDLICKA, an individual, | **Civil Action No. C 09-04055 RS** |
| Plaintiff. | |
| - vs. - | **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| AIG, a Delaware Corporation, and GRANITE STATE INSURANCE COMPANY, a Pennsylvaian Corporation, | |
| Defendants. | |
| _____/ | |

IT IS HEREBY ORDERED:

The hearing on defendants' Motion to Dismiss, presently set for March 26, 2010 at 20:30

p.m. shall be continued to May 6, 2010 at ~~2:30~~ p.m.
                                        1:30 p.m.

Dated: March __25__, 2010                    _____
                                             Richard Seeborg
                                             United District Court Judge

1

Order Continuing Hearing on Motion to Dismiss